**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. TWILLADEAN CINK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 1. GRANT COUNTY, OKLAHOMA, ) <br>     a political subdivision which is ) <br>     sued in the name of the Board of ) <br>     County Commissioners for ) <br>     Grant County, Oklahoma, ) <br> ) <br> Defendant. ) | Case No. CIV-13-1069-C |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 22nd DAY OF JUNE, 2016.**

| | |
|---|---|
| s/Amber Hurst <br> Mark Hammons, OBA No. 3748 <br> Amber L. Hurst OBA No. 21231 <br> 325 Dean A. McGee Ave. <br> Oklahoma City, Oklahoma 73102 <br> Telephone: (405) 235-6100 <br> Facsimile: (405) 235-6111 <br> Email: amber@hammonslaw.com <br> *Counsel for Plaintiff* | s/Randall J. Wood <br> Randall J. Wood, OBA No. 10531 <br> Robert S. Lafferrandre, OBA No. 11897 <br> Jessica L. Dark, OBA No. 31236 <br> PIERCE COUCH HENDRICKSON <br> BAYSINGER & GREEN, L.L.P. <br> Post Office Box 26350 <br> Oklahoma City, Oklahoma 73126-0350 <br> Telephone: (405) 235-1611 <br> Facsimile: (405) 235-2904 <br> Email: rwood@piercecouch.com <br>       rlafferrandre@piercecouch.com <br>       Jdark@piercecouch.com <br> *Counsel for Defendant* |